IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSSELL E. BURNS, et al.

    Plaintiffs,

  v.

MICHAEL HEAVEY CONSTRUCTION, INC.,

    Defendant.
_____/

No. C 14-3614 CW

ORDER CLOSING THE CASE

    The parties filed a stipulated order of judgment in this case, which the Court has approved.  This case shall be administratively closed, subject to reopening if a motion to enforce the settlement is filed.

    IT IS SO ORDERED.


Dated:  October 15, 2014

                                      CLAUDIA WILKEN
                                      United States District Judge